# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER WRANIK, | |
| Plaintiff, | Case No. 2:14-cv-02030-APG-PAL |
| vs. | **ORDER** |
| WYNDHAM VACATION OWNERSHIP, INC.; EMPLOYEE(S)/AGENTS DOES 1-10; and ROE CORPORATIONS 11-20, inclusive | |
| Defendant. | |

This matter is before the Court on Defendant Wyndham Vacation Ownership's Motion for Exception to Attendance Requirements for Early Neutral Evaluation Session (#15), filed on January 15, 2015.

The Defendant requests permission to excuse its insurance representative from the ENE session due to the high deductible insurance policy covering this matter. Given this policy, Defendant has shown good cause to excuse the insurance representative. Defendant also requests that Peter Wendzel be excused from personal attendance at the ENE session for the sake of economy and convenience. This is insufficient, especially in light of Mr. Wendzel's "binding authority to settle the matter." Accordingly,

. . .

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Defendant's Motion for Exception to Attendance Requirements for Early Neutral Evaluation Session (#15) is **granted in part and denied in part**. The Defendant's insurance representative is excused from personal attendance. Peter Wendzel is not excused from personal attendance.

**DATED** this 16th day of January, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge