GABROY LAW OFFICES
Christian Gabroy (#8805)
Ivy Hensel (#13502)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
ATTORNEY FOR PLAINTIFF

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER WRANIK, an individual;<br><br>Plaintiff,<br>vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC.; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | Case No: 2:14-cv-02030-APG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Christopher Wranik and Defendant Wyndham Vacation Ownership, Inc., by and through their respective undersigned counsel of record that this matter be DISMISSED WITH PREJUDICE with each party to bear their own costs and attorney's fees.

///

///

///

///

///

No trial dates are pending and the status check presently set for March 17, 2014 at 4:00 p.m. shall be VACATED.

**IT IS SO STIPULATED.**

DATED this 16th day of March 2015.

| GABROY LAW OFFICES | LITTLER MENDELSON P.C. |
|---|---|
| ____/s/Christian Gabroy_____<br>Christian Gabroy, Esq.<br>Ivy Hensel, Esq.<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>Attorneys for Plaintiff | ____/s/ Kaitlyn Burke_____<br>Kaitlyn Burke, Esq.<br>3960 Howard Hughes Parkway<br>Suite 300<br>Las Vegas, NV 89169<br><br>Attorneys for Defendant |

**IT IS SO ORDERED.**

Dated: March 17, 2015.

_____
U.S. DISTRICT COURT JUDGE